IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE O. BROWN, | ) | |
| Plaintiff(s), | ) | No. C 09-0095 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| SAN BERNARDINO COUNTY, et al., | ) | |
| Defendant(s). | ) | |

    Plaintiff, a prisoner at the California Medical Facility in Vacaville, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of San Bernardino, which lies within the venue of the Central District of California, Eastern Division. See 28 U.S.C. § 84(c)(1). Venue therefore properly lies in the Central District, Eastern Division. Id. § 1391(b).

    Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Eastern Division.

    The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: Jan. 13, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Brown, R1.transfer.wpd